UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of

his deputies, and to: Superintendent, FCI Ft. Devens.

**YOU ARE COMMANDED** to have the body of Lawrence Plant now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 13, on the 5th floor, on April 20, 2004, at 2:00 p.m. for the purpose of an Evidentiary Hearing in the case of Lawrence Plant v. United States of America, CA Number 04-10036-PBS. And you are to retain the body of said Lawrence Plant while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Lawrence Plant to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 25th day of March, 2004.

\* D.O.B unknown
   SS# unknown


**PATTI B. SARIS**
**United States District Judge**

**TONY ANASTAS, CLERK**

By: /s/ Robert C. Alba
SEAL                    Deputy Clerk