UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10 A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LAWRENCE PLANT,<br>Petitioner | )<br>)<br>) |
| v. | ) Civil Action No. 04-10036-PBS |
| UNITED STATES OF AMERICA,<br>Respondent | )<br>)<br>) |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saris, J.) April 20, 2004 order, granting the petitioner Lawrence Plant's 28 U.S.C. §2255 petition (entered on the docket on April 21, 2004).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES LANG
Assistant U.S. Attorney

### Certificate of Service

I, James Lang, hereby certify that I have caused a copy of this notice to be served by first-class mail on Miriam Conrad, Esq., Federal Defender's Office, Williams Coast Guard Building, 408 Atlantic Ave., Third Floor, Boston, MA 02210 on June 10, 2004.

_____
JAMES LANG
Assistant U.S. Attorney