

# United States Court of Appeals
## For the First Circuit

No. 04-1802

04-10036

Honorable Patti B. Saris

LAWRENCE PLANT
Petitioner - Appellee

v.

UNITED STATES
Respondent - Appellant

### JUDGMENT

Entered: July 9, 2004

Upon consideration of appellant's motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/7/04

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**

By: _____
Appeals Attorney

cc:  Miriam Conrad, AFPD
     James Francis Lang, AUSA
     Dina Michael Chaitowitz, AUSA